Donald S. Burris (SBN 68523)
BURRIS & SCHOENBERG, LLP
12121 Wilshire Boulevard, Suite 800
Los Angeles, California 90025
Tel:  (310) 442-5559
Fax: (310) 442-0353
don@bswlaw.net
*Attorneys for Defendant PRIME CONSULTING LLC*
*d/b/a FINANCIAL PREPARATION SERVICES*

Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
T: (323) 306-4234
F: (866) 633-0228
abacon@toddflaw.com
*Attorneys for Plaintiff CORINTHIA MIMS*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORINTHIA MIMS,<br><br>                    Plaintiff,<br><br>          vs.<br><br>PRIME CONSULTING LLC d/b/a<br>FINANCIAL PREPARATION SERVICES<br><br>                    Defendant. | Case No.:  5:19-CV-00435-JGB-SP<br><br>STIPULATION [AND PROPOSED ORDER]<br>OF EXTENSION OF TIME FOR<br>DEFENDANT PRIME CONSULTING LLC<br>TO RESPOND TO COMPLAINT<br><br>[Local Rule 144(a)] |

WHEREAS Plaintiff CORINTHIA MIMS served the Summons and the Complaint in this action on Defendant PRIME CONSULTING LLC d/b/a FINANCIAL PREPARATION SERVICES on or about March 11, 2019;

-1-

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

WHEREAS, the due date for the Defendant's response to the Complaint, which will be the first formal pleading and appearance of Defendant PRIME CONSULTING LLC d/b/a FINANCIAL PREPARATION SERVICES in this case has been previously continued in order to allow very productive settlement discussions to proceed;

WHEREAS, Defendant PRIME CONSULTING LLC d/b/a FINANCIAL PREPARATION SERVICES requested that Plaintiff extend Defendant's deadline to respond to the Complaint pursuant to Local Rule 144(a), one last time to continue the productive settlement discussions;

WHEREAS, Plaintiff CORINTHIA MIMS consented and stipulated to provide PRIME CONSULTING LLC d/b/a FINANCIAL PREPARATION SERVICES with the requested extension of time which moves Defendant's deadline to file a responsive pleading to the Complaint as set forth in Rule 12(a) of the Federal Rules of Civil Procedure to Monday, July 15, 2019;

WHEREAS, the additional time to respond to the Complaint has not been sought or granted for purposes of delay.

NOW THEREFORE, Plaintiff CORINTHIA MIMS and Defendant PRIME CONSULTING LLC d/b/a FINANCIAL PREPARATION SERVICES, jointly stipulate that the deadline for said Defendant to plead or otherwise respond to the Complaint pursuant to F.R.C.P. Rule 12 is now **July 15, 2019**

IT IS SO STIPULATED:

Respectfully submitted,

(SIGNATURE LINES AND PROPOSED ORDER FOLLOW)

-2-

1   DATED: June 14, 2019                    BURRIS & SCHOENBERG, LLP

2

3                                           By:/s/ Donald S. Burris
                                            Donald S. Burris, Esq
4                                           Attorneys for Defendant
                                            PRIME CONSULTING LLC
5                                           d/b/a FINANCIAL PREPARATION
                                            SERVICES
6

7

8   DATED: June 10, 2019                    LAW OFFICE OF TODD M. FRIEDMAN, P.C.

9                                           By:  /s/ Adrian R. Bacon

10                                          Adrian R. Bacon. Esq.
                                            Attorneys for Plaintiff
11                                          CORINTHIA MIMS

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-