Donald S. Burris (SBN 68523)
BURRIS & SCHOENBERG, LLP
12121 Wilshire Boulevard, Suite 800
Los Angeles, California 90025
Tel: (310) 442-5559
Fax: (310) 442-0353
don@bswlaw.net
*Attorneys for Defendant PRIME CONSULTING LLC d/b/a FINANCIAL PREPARATION SERVICES*

Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
T: (323) 306-4234
F: (866) 633-0228
abacon@toddflaw.com
*Attorneys for Plaintiff CORINTHIA MIMS*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORINTHIA MIMS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PRIME CONSULTING LLC d/b/a FINANCIAL PREPARATION SERVICES<br><br>　　　　Defendant. | Case No.: 5:19-CV-00435-JGB-SP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND THE TIME TO RESPOND TO COMPLAINT UNTIL JULY 15, 2019**<br><br>[Local Rule 144(a)] |

The Court, having reviewed and considered the parties' Stipulation for Extension of Time, and good cause having been shown, hereby **GRANTS** an extension of time for the Defendant to respond to the Complaint.

**PROPOSED ORDER**

DATED: JUNE __, 2019

**IT IS SO ORDERED**.

                                               _____
                                               Jesus G. Bernal
                                               UNITED STATES DISTRICT JUDGE