Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 278512)
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORINTHIA MIMS, individually and on behalf of all others similarly situated, | Case No. 5:19-cv-00435-JGB-SP |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE.** |
| vs. | |
| PRIME CONSULTING LLC d/b/a FINANCIAL PREPARATION SERVICES, and DOES 1 through 10, inclusive, and each of them, | |
| Defendants. | |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter in its entirety without prejudice, pursuant to Federal Rule of Civil Procedure 41(a) (1) (A) (ii). Each party shall bear their own costs and attorney fees. A proposed order has been concurrently submitted to this Court.

WHEREAS, on January 29, 2020, the Bureau of Consumer Financial Protection and States of California, Minnesota, and North Carolina filed an action against Prime Consulting LLC, and others on October 21, 2019. See *Bureau of Consumer Financial Protection, et al. v. Consumer Advocacy Center Inc., et al.*, Case No. 8:19-cv-01998 (C.D. Cal.) ("CFPB Matter")

WHEREAS the plaintiffs in the CFPB Matter sought and the CFPB Matter court granted a Temporary Restraining Order, Asset Freeze, and Appointment of Receiver ("TRO") on the same day. A true and correct copy of the TRO is attached hereto as Exhibit A.

WHEREAS, on November 15, 2019, the CFPB Matter court entered a Preliminary Injunction, which, among other things, continued the appointment of Thomas W. McNamara as Receiver for the business activities of the Receivership Defendants. Ex. A at p. 22. Prime Consulting LLC is a Receivership Defendant. See *Id*. at p. 7.

WHEREAS, the TRO includes a Stay of Actions provision, which provides: that all persons seeking to establish or enforce any claim against (among others) Prime Consulting LLC are enjoined from doing so, and exclusive jurisdiction lies with the CFPB Matter court, which is overseeing the receivership.

WHEREAS, the Parties' understanding under the TRO was that the Order expressly prohibited Plaintiff from further prosecuting this action.

WHEREAS, due to an unintentional miscommunication and misunderstanding between the parties in this matter, the TRO was not formally filed in this matter, and the Court was not otherwise promptly advised of this background, for which the parties sincerely apologize.

WHEREAS, counsel for the Plaintiff inadvertently filed the recent request for a stay in error.

WHEREAS, to address the Court's concerns, the Parties submit this Stipulation to request that the Court dismiss the present action without prejudice as to Plaintiff and the putative class members' claims, with each side to bear their attorneys' fees and costs.

WHEREAS, Plaintiff agrees that this Stipulation will likewise have no prejudicial impact on the rights and/or defenses of the Defendant and/or the Receiver under the CFPB Matter, including, without prejudice to the generality, any potential effect on Plaintiff's claims that may be pursued through the receivership process.

WHEREAS, the Parties shall jointly file a response to the Order to Show Cause later this week which shall further provide more detail to the Court and show cause why sanctions should not issue from this oversight, which was wholly inadvertent.

WHEREFORE, the Parties respectfully request the Court dismiss the present action without prejudice and dissolve the Order to Show Cause.

Respectfully submitted this 30th Day of June, 2020,

By: s/ Todd M. Friedman, Esq.
Todd M. Friedman
Attorney for Plaintiff

By: s/  Donald S. Burris
Donald S. Burris
Attorney for Defendant

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this

document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: June 30, 2020    **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By: _s/ Todd M. Friedman
Todd M. Friedman ESQ.
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

Filed electronically on June 30, 2020, with:

United States District Court CM/ECF system

Notification sent electronically on June 30, 2020, to:

To the Honorable Court, all parties and their Counsel of Record

s/ Todd M. Friedman
Todd M. Friedman