JS-6

Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORINTHIA MIMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PRIME CONSULTING LLC d/b/a FINANCIAL PREPARATION SERVICES, and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | Case No. 5:19-cv-00435-JGB-SPx<br><br>**ORDER OF DISMISSAL**<br><br>**NOTE CHANGE MADE BY COURT** |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

    The Court hereby DISCHARGES the Order to Show Cause issued on June 26, 2020.

Dated: July 1, 2020

_____
Hon. Jesus G. Bernal
U.S. District Judge